CCA #    13-13-00527-CR

OFFENSE:   Burglary of a Habitation

STYLE:   Elias Garcia v. The State of Texas

COUNTY:   Nueces

TRIAL COURT:        214th District Court
TRIAL COURT #:       13CR1997-F
TRIAL COURT JUDGE:   Hon. Jose Longoria
DISPOSITION: Affirmed
DATE:  _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____          DNP: _____

CLK RECORD:  _____ X _____
RPT RECORD:  _____ X _____
STATE BR:  _____ X _____
APP BR:  _____ X _____

_____ MOTION
FOR REHEARING IS: _____
DATE: May 22, 2014
JUDGE: Longoria

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____ X _____
  PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __**1054-14**__

------------------

__APPELLANT'S__ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
__REFUSED__
DATE: _November 19, 2014_
JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____   DNP: _____

------------------

APPELLANT'S MOTION FOR REHEARING IN
CCA IS: _denied_ ON _Jan 28, 2015_
JUDGE: _PC_

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

2/3/2015
GARCIA, ELIAS, JR.

COA No. 13-13-00527-CR
PD-1054-14

Tr. Ct. No. 13CR1997-F

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *